NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARNOLD J. FREEDMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7098

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-4117, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of the Secretary of Veterans Affairs's ("Secretary") unopposed motion for an extension of time of 14 days, until June 28, 2012, to file his brief,

IT IS ORDERED THAT:

The motion is granted. The Secretary's brief is due on June 28, 2012.

FOR THE COURT

**JUN 0 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Arnold J. Freedman
Corrine A. Niosi, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 6 2012**

**JAN HORBALY**
**CLERK**